IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and THE DISTRICT OF COLUMBIA, ex rel. CARYATID, LLC, <br><br> Plaintiffs <br><br> v. <br><br> ALLERGAN, INC. <br><br> Defendant. | Civil No. 1:10-cv-00046 BAH |

**RELATOR'S MOTION TO DISMISS WITHOUT PREJUDICE**

Relator Caryatid LLC hereby moves the Court to dismiss this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(B). The Relator has not served Defendant Allergan, Inc., with the complaint in this action, and the Defendant has not otherwise appeared. Relator's counsel has conferred with counsel for the United States of America and the District of Columbia, who concur in this motion.

A proposed Order accompanies this motion.

Respectfully submitted,

\_\_\_\_\_/s/_____
Benjamin J. Vernia
D.C. Bar No. 44128
The Vernia Law Firm
1455 Pennsylvania Ave., N.W., Suite 400
Washington, D.C.  20004
Tel. (202) 349-4053
bvernia@vernialaw.com
COUNSEL FOR CARYATID LLC

Date: January 23, 2012

## Certificate of Service

I hereby certify that a copy of the foregoing Relator's Motion to Dismiss Without Prejudice was served on the following in the manner specified below:

Trial Attorney Jennifer Cihon (via U.S. Mail)
U.S. Department of Justice
Civil Division, Commercial Litigation Branch
Fraud Section
601 D Street, NW
Washington, D.C. 20001

Ass't U.S. Attorney Beverly Russell (via ECF)
U.S. Attorney Office for the District of Columbia
555 4th Street, NW
Washington, DC 20530

Ass't Attorney General Jane Drummey (via U.S. Mail)
Public Advocacy Section
Public Interest Division
Attorney General's Office
Government of the District of Columbia
One Judiciary Square
441 4th Street NW
Suite 1145S
Washington, DC 20001

_____/s/_____
Benjamin J. Vernia
D.C. Bar No. 44128
The Vernia Law Firm
1455 Pennsylvania Ave., N.W., Suite 400
Washington, D.C.  20004
Tel. (202) 349-4053
bvernia@vernialaw.com
COUNSEL FOR CARYATID LLC

Date: January 23, 2012