IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, and          ]
THE DISTRICT OF COLUMBIA, ex rel.      |
CARYATID, LLC,                         |
                                       |
    Plaintiffs                         |
                                       |
    v.                                 |          Civil No. 1:10-cv-00046 BAH
                                       |
ALLERGAN, INC.                         |
                                       |
    Defendant.                         ]

**[Proposed] ORDER**

    Before the Court is Relator Caryatid LLC's Motion to Dismiss Without Prejudice. The

Motion is GRANTED.

    IT IS HEREBY ORDERED that the civil action is dismissed without prejudice to

refiling same.

                                    _____

                                    Hon. Beryl A. Howell
                                    United States District Judge

Dated: _____, 2012